# VERIFIED RETURN OF SERVICE

Insert name of court, judicial district or branch court, if any:

**United States District Court, District of Columbia**

| DEPOSITION/COURT DATE: | CASE NUMBER: 1:05-CV-1595 |
|---|---|

**PLAINTIFF/PETITIONER:**
Service Employees International Union National Industry Pension Fund, et al

**DEFENDANT/RESPONDENT:**
Golden Gate Health Care Center, Inc.

**DOCUMENTS SERVED:**
20 Day Summons, Complaint, Notice of Right to Consent to Trial Before a United States Magistrate Judge, Initial Electronic Case Filing Order

Received on **08/10/2005** at **2:51 PM** to be served on:

**Golden Gate Heatlh Care Center, Inc.**

I do hereby affirm that on __08/17/05__ at __10:07AM__ I served this process by:

**XXX CORPORATE SERVICE:** By leaving a true copy of this process with the date and hour of service endorsed thereon by me, a copy of the complaint, petition, or other initial pleading or paper (if any) and informing the person of the contents:

NAME: __SALLY LAMANTINE__   TITLE: __General Manager__

___ OTHER: By delivering a true copy of this process to _____, _____ and informing him/her of the contents.

___ NON-SERVICE: For the reason(s) listed in the comments below:

**LOCATION OF SERVICE:**
191 Bradley Avenue
Staten Island, NY 10314

**FOR(Client):**
Eunice H. Washington, Esq.
Service Employees International Union
1313 L Street, N.W.
Washington, DC  20005
800-458-1010

**COMMENTS:**

**AUTHORIZATION:**

**DECLARATION:**
UNDER PENALTIES OF PERJURY I DECLARE THAT I HAVE READ THE FOREGOING VERIFIED RETURN OF SERVICE AND THAT THE FACTS STATED IN IT ARE TRUE.

NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525(2).

**SIGNATURE:**
X _Nancy G. Sloman_
NANCY G. SLOMAN  LIC# 1009310
(Print Name)

State Service Corporation
4030 Powerline Rd.
Ft. Lauderdale, FL  33309
OUR FILE#: **65157**