UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND; AND BOARD OF TRUSTEES OF THE SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND,

                    Plaintiffs,

v.

GOLDEN GATE HEALTH CARE CENTER, INC.,

                    Defendant.

**CASE NUMBER 1:05CV01595 (RJL)**

## ANSWER WITH AFFIRMATIVE DEFENSES

Defendant Golden Gate Health Care Center, Inc. by its attorneys, Peckar, Abramson, Bastianelli & Kelley, LLP, hereby answers the Complaint of Plaintiffs as follows:

### Introduction

1. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "1" of the Complaint.

### Jurisdiction and Venue

2. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "2" of the Complaint, except admits that jurisdiction and venue are purportedly invoked pursuant to the cited statutes.

3. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "3" of the Complaint, except admits that venue is purportedly invoked pursuant to the cited statute.

## Parties

4. Defendant denies knowledge or information sufficient to form a belief as to truth of the allegations contained in Paragraph "4" of the Complaint.

5. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "5" of the Complaint.

6. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "6" of the Complaint.

7. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph "7" of the Complaint.

8. Defendant denies the allegations contained in Paragraph "8" of the Complaint.

## Statement of Claims

9. Defendant denies as written the allegations contained in Paragraph "9" of the Complaint.

10. Defendant denies as written the allegations contained in Paragraph "10" of the Complaint.

11. Defendant denies as written the allegations contained in Paragraph "11" of the Complaint.

12. Defendant denies as written the allegations contained in Paragraph "12" of the Complaint.

13. Defendant denies as written the allegations contained in Paragraph "13" of the Complaint.

14. Defendant denies as written the allegations contained in Paragraph "14" of the Complaint.

15. Defendant denies as written the allegations contained in Paragraph "15" of the Complaint.

16. Defendant denies as written the allegations contained in Paragraph "16" of the Complaint.

17. Defendant denies the allegations contained in Paragraph "17" of the Complaint.

18. Defendant denies the allegations contained in Paragraph "18" of the Complaint.

## AFFIRMATIVE DEFENSES

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

19. The Complaint fails to state a cause of action upon which relief can be granted.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

20. Plaintiffs' claims are barred by the statute of frauds.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

21. Plaintiffs' claims are barred by the doctrine of estoppel.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

22. Plaintiffs' claims are barred by the applicable statute of limitations.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

23. Plaintiffs' claims are barred by the doctrine of laches.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

24. Plaintiffs' claims are barred by the doctrine of unclean hands.

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

25. Plaintiffs' claims are barred by the doctrine of waiver.

**WHEREFORE**, Defendant demands judgment dismissing the Complaint in its entirety, together with costs of this action and such other and further relief as the Court deems proper.

Respectfully submitted,

_____
Nick R. Hoogstraten, Bar No. 413045
Peckar, Abramson, Bastianelli & Kelley, LLP
Two Lafayette Centre, Suite 500
1133 21st Street, N.W.
Washington, D.C.  20036
Tel. (202) 293-8815
Fax: (202) 293-7994

Counsel for Defendant
Golden Gate Health Care Center, Inc.