UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND; AND BOARD OF TRUSTEES OF THE SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND,

                    Plaintiffs,

v.                                              **CASE NUMBER 1:05CV01595 (RJL)**

GOLDEN GATE HEALTH CARE CENTER, INC.,

                    Defendant.

## DEFENDANT'S CERTIFICATE REQUIRED BY LCvR 7.1

I, the undersigned, counsel of record for Defendant Golden Gate Health Care Center, Inc., certify that to the best of my knowledge and belief, the Defendant has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

                    Respectfully submitted,

                    _____
                    Nick R. Hoogstraten, Bar No. 413045
                    Peckar, Abramson, Bastianelli & Kelley, LLP
                    Two Lafayette Centre, Suite 500
                    1133 21st Street, N.W.
                    Washington, D.C. 20036
                    Tel. (202) 293-8815
                    Fax: (202) 293-7994
                    Counsel of Record for Golden Gate Health Care Center, Inc.