UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SERVICE EMPLOYEES INTERNATIONAL
UNION NATIONAL INDUSTRY PENSION
FUND, et al

                              Plaintiffs,

v.

GOLDEN GATE HEALTH CARE CENTER,
INC.,

                              Defendant.

**Civil Case No. 05cv1595(RJL)**

## LCvR 16.3 MEET AND CONFER STATEMENT

Pursuant to LCvR 16.3, Plaintiffs and Defendant hereby submit the following as their Meet and Confer Statement:

1. If the parties are unable to settle this case, Plaintiffs believe the case likely will be disposed of by dispositive motion.

2. Neither joinder of additional parties nor amendment of the pleadings is anticipated. At this point, there are no factual or legal issues to be narrowed.

3. The parties do not desire assignment to a magistrate judge.

4. The parties believe that this case will settle in the near future.

5. If the parties are unable to settle this case, they anticipate requesting the Court's assistance with ADR at the appropriate time.

6. Plaintiffs believe this case can be resolved by summary judgment. If the case does not settle, Plaintiffs will file such a motion by March 13, 2006. The timing for filing an opposition

and reply briefs shall be according to the Local Rules.  The parties believe an appearance before the Court prior to resolution of such dispositive motion is unnecessary.

7.  The parties agree to dispense with initial disclosures required by F.R.Civ.P. 26(a)(1).

8.  The parties believe discovery will be relatively restricted.  Discovery will be completed by February 13, 2006.

9.  The parties do not anticipate any expert testimony.

10. Not applicable.

11. Neither the trial nor discovery should be bifurcated.

12. The pretrial conference should be scheduled on or about April 28, 2006.

13. The parties request that the Court not set a firm trial date at this time.

14. A proposed Scheduling Order is attached.

## STATEMENT OF THE CASE

Plaintiffs bring a cause of action under ERISA, 29 U.S.C. §1001 *et seq.*, as amended, for Defendant's alleged failure to make benefit plan contributions required under a collective bargaining agreement.  The parties do not agree on the amount of contributions owed.

Respectfully submitted,

Counsel for Defendant certifies that he has received permission from Counsel for Plaintiffs to file this Meet and Confer Statement and attached Scheduling Order on behalf of both parties.

| Counsel for Plaintiffs | Counsel for Defendant |
|---|---|
| _____ | _____ |
| Eunice H. Washington, Bar No. 438477 | Nick R. Hoogstraten, Bar No. 413045 |
| SEIU Benefit Funds Legal Department | Peckar, Abramson, Bastianelli & Kelley |
| 1313 L Street, N.W. | Two Lafayette Centre, Suite 500 |
| Washington, D.C.  20005 | 1133 21st Street, N.W. |
| (202) 626-1440 | Washington, D.C.  2003 |
|  | (202) 293-8815 |