UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.,<br><br>                                        Plaintiffs,<br><br>v.<br><br>GOLDEN GATE HEALTH CARE CENTER, INC.,<br>                                        Defendant. | Civil Case No. 05cv1595(RJL) |

## SCHEDULING ORDER

Pursuant to the agreements stated in the LCvR 16.3 Meet and Confer Statement jointly filed by the parties, the following dates for pretrial activities are established:

    February 13, 2006         Completion of all discovery.

    March 13, 2006            Dispositive motions due.

                                    Pretrial Conference.

The trial date will be set at the pretrial conference.

So ORDERED this _____ day of _____, 2005.

 

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

Copies to:

Eunice H. Washington, Esquire
SEIU Benefits Funds Legal Department
1313 L Street, N.W.
Washington, D.C.  20005

Counsel for Plaintiffs

Nick R. Hoogstraten, Esquire
Peckar, Abramson, Bastianelli & Kelley
Two Lafayette Centre, Suite 500
1133 21st Street, N.W.
Washington, D.C.  20036

Counsel for Defendant