# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Case No. 05-1595 (RJL) ) |
| GOLDEN GATE HEALTH CARE CENTER, | ) ) ) |
| Defendants. | ) |

## ORDER

It is this 14 day of April, 2006, hereby

**ORDERED** that the plaintiffs are to SHOW CAUSE within 10 days of this Order

why this case should not be dismissed for lack of prosecution as no dispositive motions

were filed by March 13, 2006, as set by this Court via Minute Scheduling Order dated

November 22, 2005; and it is further

**ORDERED** that the defendant shall respond to the plaintiffs' return 10 days

thereafter.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge