UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SERVICE EMPLOYEES INTERNATIONAL
UNION NATIONAL INDUSTRY PENSION
FUND, et al

                              Plaintiffs,

v.

GOLDEN GATE HEALTH CARE CENTER,
INC.,

                              Defendant.

**Civil Case No. 05cv1595(RJL)**

## STIPULATION OF VOLUNTARY DISMISSAL (RJL)

The undersigned parties hereby stipulate that the above-captioned case shall be dismissed without prejudice.

Respectfully submitted,

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| /s/ Eunice H. Washington | /s/ Nick R. Hoogstraten |
| Eunice H. Washington, Bar No. 438477 | Nick R. Hoogstraten, Bar No. 413045 |
| SEIU Benefit Funds Legal Department | Peckar, Abramson, Bastianelli & Kelley |
| 1313 L Street, N.W. | Two Lafayette Centre, Suite 500 |
| Washington, D.C. 20005 | 1133 21st Street, N.W. |
| (202) 626-1440 | Washington, D.C. 2003 |
|  | Tel. (202) 293-8815 |

Dated: April 24, 2006